UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK D. BURKE, | No. C 11-2639 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINES** |
| v. | |
| C/O CALDWELL; et al., | |
| Defendants. | |

Plaintiff filed an *ex parte* request for a 120-day extension of time to file his opposition to defendants' motion for summary judgment. Plaintiff stated in his request that he needs additional time to do unspecified discovery and that he expects to be released from prison in early May 2012. Defendants opposed the requested extension of time. Although lengthy extensions of deadlines are disfavored, the court will grant one here because it is most likely easier to litigate when one is not in custody. Upon due consideration, the court GRANTS the request. (Docket # 23.) The court now sets the following new briefing schedule:

1. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **June 22, 2012.** No further extensions of this deadline should be expected, regardless of whether plaintiff is released from custody as expected.

2. Defendants must file and serve their reply brief (if any) no later than **July 9, 2012**.

IT IS SO ORDERED.

Dated: February 28, 2012

_____
SUSAN ILLSTON
United States District Judge